**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: JESSICA WARD,

    Debtor.
_____/

STEPHEN L. MEININGER, as Chapter 7
Trustee of the Estate of Jessica Ward,

    Plaintiff,

v.                                                    CASE NO: 8:11-CV-16-T-30-JSM
                                                                Bankruptcy Case #8:10-bk-05488-KRM

CHASE BANK (USA), N.A.,                               Adv. Pro. #8:10-ap-01162-KRM

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Withdraw the Reference (Dkt. #1). After hearing oral argument of the parties on February 4, 2011, it is

ORDERED AND ADJUDGED that:

1.   Defendant's Motion to Withdraw the Reference (Dkt. #1) is DENIED.

2.   All pending motions are denied as moot.

3.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on February 7, 2011.

                                                             JAMES S. MOODY, JR.
                                                             UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record
Clerk, U. S. Bankruptcy Court

*F:\Docs\2011\11-cv-16.dismissal.wpd*